IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLES HYDE                                                                              PLAINTIFF

    v.                                    Civil No.    5:16-cv-05246

JUDGE STACY ZIMMERMAN,
Juvenile Judge                                                                            DEFENDANT

## JUDGMENT

Pursuant to the memorandum opinion entered in this case on this date, IT IS CONSIDERED,

ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE .  The Clerk is

instructed to put a 28 U.S.C. § 1915(g) strike flag on the case.

IT IS SO ADJUDGED this 17th day of January, 2017.


/s/ P. K. Holmes, III

    P.K. HOLMES, III
    CHIEF U.S. DISTRICT JUDGE